**UNITED STATES DISTRICT COURT**
**District of Minnesota**

Ibrahim Jamal Ibrahim Majadla

Petitioner,

v.

David Isais, David Easterwood, Todd M. Lyons, Kristi Noem, Pamela Jo Bondi

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00206-JMB-DLM

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the Petition (Doc. No. 1) is GRANTED in part and DENIED in part, as follows:

1. Respondents are ORDERED to release Petitioner Ibrahim M. from custody immediately, and in any event no later than 4:00 p.m. CST on January 16, 2026.
2. Within seven days of the date of this Order, counsel for Respondents is ORDERED to provide a declaration pursuant to 28 U.S.C. § 1746 affirming that Petitioner was released from custody in accordance with this Order.
3. To the extent Petitioner seeks relief beyond an order requiring release or an order requiring a bond hearing, the Petition is DENIED.

Date: 1/16/2026

KATE M. FOGARTY, CLERK